MADE JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATM LENDERS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>DALLAS AIRMOTIVE, INC.,<br><br>        Defendants. | Case No. CV 08-4646-GW(VBKx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice. Each party shall bear their own costs and fees other than those terms specifically included in the Agreement, in that DAI was awarded some costs. The Court shall retain jurisdiction to oversee compliance with the terms of this Agreement.

Dated: September 16, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE